# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:03-CV-1539** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ANNIE ENGEL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of May, 2005, upon consideration of the motion (Doc. 15) "for service by posting property and certified mail," in which plaintiff avers that it has been unable to locate mortgagee-defendant to effect service of the notice of sale of the property located at 327 Cameron Street, Marysville, Pennsylvania, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."), and that under the circumstances *sub judice* service may be effected by posting a copy of the original notice on the property at issue or by sending the notice by registered mail to the defendant's last-known address, see PA. R. CIV. P. 410(c)(2,3) (governing service in real property actions), see also id. at 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion (Doc. 15) "for service by posting property and certified mail" is GRANTED.

2. Plaintiff shall post a copy of the original notice of sale on the most public part of the property located at 327 Cameron Street, Marysville, Pennsylvania.

3. Plaintiff shall send, by certified mail, the notice of sale to defendant at defendant's last known address.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge