# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:03-CV-1539** |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| **ANNIE ENGEL,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of October, 2005, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 20) to confirm the July 14, 2005, United States Marshal sale of the foreclosed real property located at 327 Cameron Street, Marysville, Pennsylvania, is GRANTED.  The United States Marshal is directed to execute and deliver to LISA J. & OWEN S. LAIRD, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of ANNIE ENGEL in and to the premises sold located at 327 Cameron Street, Marysville, Pennsylvania, 17053.  Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge